IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARK A. HAFNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0656 |
| | ) | Judge Trauger |
| TRANS UNION CORPORATION, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On March 11, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 18), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment (Docket No. 11) and Renewed Motion For Summary Judgment (Docket No. 17) filed by defendant Trans Union, LLC are **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 8th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge